In the Matter of the Application of THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners, Appellants; JAMES W. WADSWORTH et al., Respondents; THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Reported below, 17 App. Div. 54.
(Argued June 21, 1897; decided June 25, 1897.)

MOTION to dismiss an appeal from an order and judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered thereon April 28, 1897, which affirmed an order of Special Term confirming the report of commissioners appointed under the Grade Crossing Act of the City of Buffalo (L. 1888, ch. 345), making an award to respondents for an injury to their lands.

The motion was made upon the ground that the order of the Appellate Division was not reviewable in the Court of Appeals.

*Herbert P. Bissell* for motion.

*Charles A. Pooley* opposed.

Motion denied, with ten dollars costs.